# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN BOWERSOX, | : | Civil No. 4:18-CV-00384 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of February, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' motion for summary judgment, Doc. 44, is **GRANTED IN PART** to foreclose Plaintiff from maintaining a cause of action based on any alleged adverse employment actions other than her termination, and **DENIED** in all other respects.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
