AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| SUSAN BOWERSOX<br>*Plaintiff*<br>v.<br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, ET AL.<br>*Defendant* | )<br>)<br>)  Civil Action No.  4:18-CV-000384<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff is awarded $242,654.00 in backpay, $251,016.00 in lost pension benefits, $163,165.00 in front pay, $150,000.00 pain and suffering, $7,500.00 in punitive damages from Matthew Vozniak, and $7,500.00 in punitive damages from William York totaling $821,835.00.

This action was *(check one)*:

☑ tried by a jury with Judge Jennifer P. Wilson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: January 19, 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*