IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN BOWERSOX )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF PENNSYLVANIA )<br>DEPARTMENT OF CORRECTIONS; )<br>MATTHEW VOZNIAK, )<br>WILLIAM YORK and TY STANTON, )<br>)<br>Defendants. ) | C.A. No. 4:18-CV-00384-MWB<br><br><br>Jury Trial Demanded |

## JOINT MOTION TO EXTEND TIME TO FILE MOTION FOR PAYMENT OF ATTORNEYS FEES AND COSTS AND MOTION TO AMEND THE JUDGMENT

AND NOW this 2nd day of February, 2022, upon consideration of the parties' Joint Motion to Extend Time to File Motion for Payment of Attorneys Fees and Costs and Motion to Amend the Judgment, it is hereby ordered that the deadlines for Plaintiff to file her Motion for Attorneys' Fees and her Motion to Amend the Judgment be extended until February 23, 2022.

                                                                           s/ Jennifer P. Wilson
                                                                           JENNIFER P. WILSON
                                                                           United States District Court Judge
                                                                           Middle District of Pennsylvania